#1775
MJ

MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

## Unclaimed Dividends and/or
## Distributions Less Than $5 For Deposit To Registry Fund

Debtors:     Daniel & Joy Gatzke

Chapter 7

Case No. 08-34086

Please Check One:

  X    Unclaimed Dividends

_____   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Lakeshore Family Dentistry 4706 Banning Avenue St. Paul, MN 55110 | 1 | $311.92 | $12.84 |

Date:  February 9, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475